**Anne Vilbert DE SAIRIGNE, Plaintiff-Appellant, v. Frank Jay GOULD, Defendant-Appellee.**

No. 28, Docket 21384.

United States Court of Appeals Second Circuit.

Argued Nov. 4, 1949.

Decided Nov. 4, 1949.

Samuel N. Leiterman, New York City, for plaintiff-appellant.

Cahill, Gordon, Zachry & Reindel, Roberts, Austin, Muller & McCook, New York City (Mathias F. Correa, New York City, of counsel), for defendant-appellee.

Before L. HAND, SWAN and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed, 83 F.Supp. 270, in open court.

**Orville Chester GARRISON, Petitioner, v. UNITED STATES of America.**

No. 14041.

United States Court of Appeals Eighth Circuit.

Sept. 23, 1949.

Orville Chester Garrison, pro se.

PER CURIAM.

Motion of petitioner requesting that an appeal be allowed in forma pauperis from the United States District Court for the Western District of Missouri denied.

**M. WITMARK & SONS et al., Appellants, v. BERGER AMUSEMENT COMPANY, Incorporated, et al.**

No. 13926.

United States Court of Appeals Eighth Circuit.

Sept. 19, 1949.

Louis D. Frohlich, Robert P. Patterson, Herman Finkelstein, New York City, and Thomas Vennum, Minneapolis, Minn., for appellants.

Louis B. Schwartz and Samuel P. Halpern, Minneapolis, Minn., for appellees.

PER CURIAM.

Motion of appellees to dismiss appeal granted and appeal from District Court, 80 F.Supp. 843, dismissed.